BAKERSFIELD



02 1M
0004232588
MAILED FROM ZIP

**LEGAL MAIL**

9410283661 0004

SAN FRANCISCO

U.S. DISTRICT COURT
NORTHERN CALIFORNIA (SAN FRANCISCO) 550

FILED
MAY 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANTOINE GOMIS,                                ] DOCKET No.:
PETITIONER/PLAINTIFF

          v.                                  AGENCY No.: A96386677
                                              DATE: MAY 11, 2008
UNITED STATES OF AMERICA;                     200805110900DC
U.S. DEPARTMENT OF STATE;              CV 08      2679
U.S. DEPARTMENT OF JUSTICE;
U.S. DEPARTMENT OF HOMELAND SECURITY;
U.S. DEPARTMENT OF DEFENSE;                          JW
U.S. HOUSE OF REPRESENTATIVES;
U.S. SENATE; U.S. FEDERAL BUREAU OF INVESTI-        (PR
GATION; US CENTRAL INTELLIGENCE AGENCY;
OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE
RESPONDENTS/DEFENDANTS

DECLARATORY JUDGMENT
OF U.S. CITIZENSHIP *

JURISDICTION(S):
    UNDER 8 USC SECTION 1252(b)(5)(B),
    28 USC SECTION 2201, 8 USC SECTION
    1401, INTER ALIA.

    Dr. ANTOINE GOMIS, PRO SE
MAILING ADDRESS:
    704049 B214
    17695 INDUSTRIAL FARM ROAD
    BAKERSFIELD, CA 93308-9563
"LEGAL" PRESUMED "RESIDENCE":
    FRENCH CONSULATE IN SAN FRANCISCO, CA

* SEE HIS FBI/CIA FIG FILE.

NB PLEASE SEND A COPY OF THIS COMPLAINT TO THE AD HOC
CIRCUIT APPELLATE COURT UPON DOCKETING. THANK YOU