# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
08 MAY 28 PH 2:54

Dear Sir or Madam:

C 08 2679 JW (PR)

Your action has been filed as a civil case number _____

It appears that you have not attached a complaint or petition to your other pleadings.

If you do not submit a complaint or petition (using the above referenced case number) within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed.

Sincerely,
RICHARD W. WIEKING, Clerk

By _____
Deputy Clerk

(IFP Application / letter / exhibits / motion / no complaint or petition)
(blank complaint form / petition attached)

Rev. 5/08

GOMIS