*[Handwritten margin notes, top:]* A U.S. PASSPORT. SINCE THEN HE IS UNLAWFULLY DETAINED BY THE U.S. GOVERNMENT ON FAULTY [illegible]. HE HAS NO INFORMATION ABOUT AND NO ACCESS TO ASSET AND PROFESSIONAL NETWORK.

NB② HE HAS NO [illegible] U.S. AND CA COURT-ORDERED UNPAID CHILD SUPPORT EXCEEDING U.S. $60,000 AND GROWING ALLEGEDLY [illegible] PERIOD OCT. 2006 TO PRESENT.

**FILED**
**JUN 11 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

_____ )
                          )
          Plaintiff,      )   CASE NO. CV-08-2679
                          )             JW
vs.                       )   **PRISONER'S**
                          )   **APPLICATION TO PROCEED**
                          )   **IN FORMA PAUPERIS**, TO DEFER
                          )   FEES AND COSTS PAYMENT
          Defendant.      )   OR TO WAIVE FEES...
_____ )   ... [COMPL]IANCE WITH *

I, Dr. Antoine Goa[?], declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief. UPON INFORMATION, BELIEF, [illegible] INFLUENCE AND CURRENT STATE OF MIND.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ____ N/A

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____ Net: ___N/A___

Employer: _____N/A_____

_____

*[Left margin handwritten:]* NB ③ THE DETENTION AUTHORITIES HAVE REFUSED IN THE PAST [illegible] PLAINTIFF TO OBTAIN HIS FINANCIAL RECORDS BUT ARE WILLING TO COMPLY WITH THE PETITIONER/PLAINTIFF

*[Bottom handwritten:]*
* LAFONTANT v. INS, 235 F.3d 158 (D.C. CIR. 1998)

NB ④ - THIS IS NOT A PETITION UNDER 28 USC SECTION 1983!

PRIS. APP. TO PROC. IN FORMA PAUPERIS                           -1-

1   If the answer is "no," state the date of last employment and the amount of the gross and net   *for the last 2 years*

2   salary and wages per month which you received.  (If you are imprisoned, specify the last

3   place of employment prior to imprisonment.)

4   _____N/A_____

5   _____N/A_____

6   _____N/A_____

7   2.    Have you received, within the past twelve (12) months, any money from any of the

8   following sources:

9       a.    Business, Profession or                Yes ____ No ____ N/A  X

10            self employment

11      b.    Income from stocks, bonds,             Yes ____ No ____ N/A  X

12            or royalties?

13      c.    Rent payments?                         Yes ____ No  X

14      d.    Pensions, annuities, or                Yes ____ No  X

15            life insurance payments?

16      e.    Federal or State welfare payments,     Yes ____ No  X

17            Social Security or other govern-

18            ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.    Are you married?                           Yes ____ No  X

24  Spouse's Full Name: _____N/A_____

25  Spouse's Place of Employment: _____N/A_____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____N/A_____ Net $_____N/A_____

28  4.    a.    List amount you contribute to your spouse's support:$ ___N/A___

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 2 -

1     b.    List the persons other than your spouse who are dependent upon you for

2     support and indicate how much you contribute toward their support. (NOTE:

3     For minor children, list only their initials and ages. DO NOT INCLUDE

4     THEIR NAMES.).

A.M. Gomil    U.S. citizen minor    15 years old

C.M. Gomil    U.S. citizen daughter    * years old

A.L. Gomil    U.S. citizen daughter    12 years old

5. Do you own or are you buying a home? Yes ___ No ___ N/A X

Estimated Market Value: $ N/A    Amount of Mortgage: $ N/A

6. Do you own an automobile? Yes ___ No ___ N/A X

Make N/A    Year N/A    Model N/A

Is it financed? Yes ___ No N/A If so, Total due: $ N/A

Monthly Payment: $ N/A

7. Do you have a bank account? Yes ___ No N/A (Do not include account numbers.)

Name(s) and address(es) of bank: N/A

N/A

Present balance(s): $ N/A

Do you own any cash? Yes ___ No N/A Amount: $ N/A

Do you have any other assets? (If "yes," provide a description of each asset and its estimated

market value.) Yes ___ No ___ N/A X

_____

8. What are your monthly expenses?

Rent: $ 0    Utilities: 0

Food: $ 0    Clothing: 0

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |
| N/A | $ N/A | $ N/A |

* SHE ALLEGEDLY PASSED AWAY ON JUNE 2, 200?
UPON HER UPHILL BATTLE AGAINST CANCER.
SHE WAS ADMITTED IN EMERGENCY
AT A CALIFORNIAN HOSPITAL ON MAY ?? 200?
ABOUT THIS PROMPTED ??? ??? MY FLIGHT
FROM FRANCE TO THE U.S.

PRIS. APP. TO PROC. IN FORMA PAUPERIS     -3-

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  Allegedly more than USD 60,000 and growing
4  US Fed. Ct. ordered unpaid child support
   while in executive ~~~ detention
   (since May 24, 2005)
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11         I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13         I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16 2008/06/10                              _____
17     DATE                                 SIGNATURE OF APPLICANT

KEEFE COMMISSARY NETWORK SALES
P.O. BOX 17490
ST LOUIS, MO 63178-7490

NAME: COMIS ANTOINE
NBR: 1704049
BLOCK: PT   TIER: H2   CELL: 14
SITE: KERN COUNTY JAIL

ORDER DATE: 12/26/06
ORDER NBR: 26204
CPR NBR: 59893   1
BEG FUND BAL:         .00
PAGE:       1

| ORDER | SITE: | KEEFE | | ITEM | TOTAL |
| QTY | ITEM# | ITEM# | ITEM DESCRIPTION | PRICE | PRICE |
|---|---|---|---|---|---|
| 1 | 9801 | | INDIGENT KIT | .00 | .00 |

SUB-TOTAL      .00
SALES TAX      .00
ORDER TOTAL    .00
FUND BALANCE   .00

LIST SHORTAGES AND/OR DAMAGES HERE:
ITEM#   QUANTITY    CATEGORY/DESCRIPTION

SIGNED _____   DATE _____

WITNESSED BY _____   DATE _____

KEEFE COMMISSARY NETWORK SALES
PO BOX 7490
ST LOUIS, MO 63178-7490

```
NAME: SOMIS ANTOINE                              ORDER DATE: 2/05/07
NBR: 1704049                                     ORDER NBR: 50448
BLOCK: PT   TIER: H2   CELL: 14                  CPR-NBR: 72678
SITE: KERN COUNTY JAIL        S2988J 001         BEG FUND BAL:    .30
                                                 PAGE:

ORDER SITE:     KEEFE                                     ITEM     TOTAL
   QTY  ITEM#       ITEM#     ITEM DESCRIPTION          PRICE     PRICE
   1    9901                  INDIGENT KIT                 .00     .00
                                                 SUB-TOTAL         .00
                                                 SALES TAX         .00
                                                 ORDER TOTAL       .00
                                                 FUND BALANCE      .30
```

LIST SHORTAGES AND/OR DAMAGES HERE:
ITEM#    QUANTITY    CATEGORY/DESCRIPTION

SIGNED _____  DATE _____

WITNESSED BY _____  DATE _____

KEEFE COMMISSARY NETWORK SALES
P.O. BOX 17490
ST LOUIS, MO 63178-7490

EXHIBIT 5     21/34

NAME: COMIS ANTOINE          012470          ORDER DATE: 12/08/07
NBR: 1704649                                 ORDER NBR: 35482
BLOCK: PT    TIER: H2    CELL: 14            CPP NBR: 14989 - 1
SITE: KERN COUNTY JAIL            32700J-001  BEG FUND BAL:    .00
                                             PAGE:     1

ORDER  SITE:       KEEFE                         ITEM     TOTAL
  QTY  ITEM#      ITEM    ITEM DESCRIPTION       PRICE    PRICE
   1   9001                INDIGENT KIT           .00     .00
                                          SUB-TOTAL       .00
                                          SALES TAX       .00
                                          ORDER TOTAL     .00
                                          FUND BALANCE    .00

LIST SHORTAGES AND/OR DAMAGES HERE:
ITEM#    QUANTITY    CATEGORY/DESCRIPTION

TO BE UPDATED WHEN POSSIBLE

BUT I "SWEAR" THERE IS AND
THERE WILL BE NO FINANCIAL
CHANGE AS FAR AS I AM
UNDER DHS DETENTION AND
"INCOMMUNICADO"

                                   Dec. 13, 2007

SIGNED _____                    DATE _____

WITNESSED BY _____              DATE _____