**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE GOMIS,<br><br>        Plaintiff,<br><br>    vs.<br><br>United States of America, et al.<br><br>        Defendants. | No. C 08-02679 JW (PR)<br><br>JUDGMENT |

On May 28, 2008, plaintiff, a detainee proceeding pro se, filed a single page document with this Court listing several parties to this action without attaching a formal complaint. The clerk notified plaintiff that he must submit a complaint within thirty days or the action would be dismissed. Plaintiff filed a motion to proceed in forma pauperis (Docket No. 3) on June 11, 2008, but to date has failed to file a complaint or a motion for an extension of time to do so.

The deadline has long since passed, and plaintiff has not complied. Accordingly, this case is DISMISSED without prejudice. Judgment is entered accordingly. The clerk shall close the file.

DATED: August 6, 2008

JAMES WARE
United States District Judge

Judgment
P:\PRO-SE\SJ.JW\CR.08\Gomis02679_dismiss.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTOINE GOMIS,

        Plaintiff,

  v.

USA, et al.,

        Defendants.

Case Number: CV08-02679 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 8/6/2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Antoine Gomis 1704049
The Lerdo Pre-trial Facility
17695 Industrial Farm Rd
Bakersfield, Ca 93308-9563

Dated: 8/6/2008

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk