OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

**FILED**

2008 AUG 20 P 2: 55

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

SAN JOSE CA 951

12 AUG 2008

**RETURN TO SENDER**
Not in Custody
Need Inmate Booking #
**Unacceptable Items:**
Photos/Copies of Photos
Envelopes, Paper, Stamps
Lipstick
Stickers/Address labels
to Inmate mail
for authorization



02 1A
0004327683
MAILED FROM ZIP CODE 95113

$ 00.42⁰
AUG 12 2008

**United States District Court**
For the Northern District of California

**FILED**

AUG 0 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE GOMIS, ) | No. C 08-02679 JW (PR) |
|      Plaintiff, ) | |
|         ) | JUDGMENT |
|   vs. ) | |
| United States of America, et al. ) | |
|      Defendants. ) | |
| _____ ) | |

On May 28, 2008, plaintiff, a detainee proceeding <u>pro se</u>, filed a single page document with this Court listing several parties to this action without attaching a formal complaint. The clerk notified plaintiff that he must submit a complaint within thirty days or the action would be dismissed. Plaintiff filed a motion to proceed <u>in forma pauperis</u> (Docket No. 3) on June 11, 2008, but to date has failed to file a complaint or a motion for an extension of time to do so.

The deadline has long since passed, and plaintiff has not complied. Accordingly, this case is DISMISSED without prejudice. Judgment is entered accordingly. The clerk shall close the file.

DATED:    AUG  5 2008

JAMES WARE
United States District Judge

Judgment
P:\PRO-SE\SJ.JW\CR.08\Gomis02679_dismiss.wpd

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

ANTOINE GOMIS,

          Plaintiff,

   v.

USA, et al.,

          Defendants.

Case Number: CV08-02679 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____ 8/6/08 _____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Antoine Gomis 1704049
The Lerdo Pre-trial Facility
17695 Industrial Farm Rd
Bakersfield, Ca 93308-9563

Dated: _____ 8/6/08 _____

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk